## Davies, Appellant, *v.* Ernst.

OPINION BY ORLADY, J., July 20, 1910:

This feigned issue was tried before the same jury as Edward Davies v. Sara K. Oxenreider. The facts and assignments of error being the same, they are disposed of in the opinion this day filed in No. 241, ante, p. 501.

The assignments of error are sustained, the judgment is reversed and a venire facias de novo awarded.